IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

URSULA MILLETT, and
JEANINE M. SANLORENZO,
*on behalf of themselves and
all others similarly situated*,

Plaintiffs,

vs.

H&R BLOCK, INC., *et al.*,

Defendants.                                    Case No. 13-cv-346-DRH-PMF

## MEMORANDUM AND ORDER

**HERNDON**, **Chief District Judge:**

Before the Court is defendants HRB Tax Group, Inc., and HRB Technology LLCs' (collectively, "HRB") motion to compel plaintiff Jeanine M. Sanlorenzo ("Sanlorenzo") to arbitrate all of her claims on an individual basis (Doc. 22). HRB further requests that the Court stay the case as to Sanlorenzo, including all deadlines, pending arbitration (Doc. 22). The date for timely response to HRB's request has come and gone. *See* SDIL-LR 7.1(g). The Court deems plaintiffs' failure to respond as an admission of the merits of HRB's motion. *See id*.

Thus, HRB's motion is **GRANTED** (Doc. 22). Sanlorenzo is **ORDERED** to arbitrate all her claims on an individual basis and in a manner specified in the arbitration agreement. Further, all deadlines as to Sanlorenzo are **STAYED**

pending arbitration. Accordingly, HRB's motion to stay the case as to plaintiff Sanlorenzo is **DENIED as moot** (Doc. 24).

**IT IS SO ORDERED.**

Signed this 12th day of July, 2013.

Digitally signed by David R. Herndon
Date: 2013.07.12 16:24:47 -05'00'

**Chief Judge
U.S. District Court**